

**NUMBER 13-09-00464-CR**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**IN RE REGINALD MEDINA**

---

**On Petition for Writ of Mandamus.**

---

**MEMORANDUM OPINION**

**Before Justices Rodriguez, Garza, and Vela**
**Memorandum Opinion Per Curiam[1]**

Relator, Reginald Medina, filed a petition for writ of mandamus in the above cause on August 13, 2009, through which he complains that the trial court erred in refusing to issue a nunc pro tunc judgment reflecting the time credit to which relator is allegedly entitled. The Court requested and received a response from the real party in interest, the State of Texas, acting by and through the Criminal District Attorney of Nueces County, Texas.

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

The real party in interest has now filed an unopposed motion to dismiss this petition for writ of mandamus. According to the motion, the matters in this original proceeding have been resolved and this proceeding has been rendered moot.

The Court, having examined and fully considered the petition for writ of mandamus and the unopposed motion to dismiss, is of the opinion that the parties are entitled to the relief sought. Accordingly, the motion to dismiss is GRANTED, and the petition for writ of mandamus is DISMISSED AS MOOT without reference to the merits thereof.

PER CURIAM

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Memorandum Opinion delivered and filed
this 28th day of August, 2009.